IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>　　　Plaintiff,  <br>v.  <br>MAURICIO MARRUFO,  <br>　　　Defendant.                    / | No. CR 10-00599 WHA  <br>**STIPULATION AND [PROPOSED]**  <br>**ORDER CONTINUING SENTENCING** |

　　　This matter is set for sentencing on July 26, 2011. When this matter was scheduled defense counsel did not know his summer schedule, and it turns out the undersigned will be gone and unavailable because of a one week family vacation. The prosecutor is unavailable the following week. The parties therefore agree and stipulate that the sentencing hearing currently scheduled for July 26, 2011 may be vacated and continued to August 9, 2011.

　　　**SO STIPULATED**.


Dated: July 20, 2011　　　　　　　　　　　　/S/Michelle Kane
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

///
///
///

STIPULATION AND ORDER CONTINUING HEARING

1  Dated: July 20, 2011                    /S/Erik Babcock
                                           Attorney for Defendant

6           **SO ORDERED**.

8  DATED:  July 20, 2011.                  _____
                                           HONORABLE WILLIAM ALSUP
                                           United States District Judge