UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-00599 WHA |
| ) Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING |
| v. ) | SENTENCING. |
| ) MAURICIO FABIAN MARRUFO ) | |
| ) Defendant. ) | |
| ) | |

The government and the defendant, Mauricio Marrufo, respectfully request that the Court continue defendant's sentencing, currently scheduled for August 10, 2011, to August 29, 2011, for the following reasons:

Defendant's sentencing was set for August 9, 2011, at the request of defense counsel. On August 4, 2011, a clerk's notice was filed rescheduling the sentencing for August 10,

STIPULATION
& [PROPOSED] ORDER
[CR 10-599 WHA]

1

2011. Government counsel is unavailable on that date due to work-related travel. Defense counsel is in trial and unavailable the following week. The Court is unavailable the week after. The next available date for the sentencing is therefore August 29, 2011.

The parties therefore agree that the sentencing set for August 10, 2011, may be vacated and continued to August 29, 2011.

IT IS SO STIPULATED.

Dated: August 8, 2011               MELINDA HAAG
                                    United States Attorney


                                         /s/
                                    MICHELLE J. KANE
                                    Assistant United States Attorney


Dated: August 8, 2010

                                         /s/
                                    ERIK BABCOCK
                                    Counsel for Mauricio Fabian Marrufo


For good cause shown, the Court HEREBY ORDERS that the sentencing hearing set for August 10, 2011, be moved to August 29, 2011, at 2:00 pm.

IT IS SO ORDERED.


Dated: August 9, 2011
                                    WILLIAM H. ALSUP
                                    United States District Judge


STIPULATION
& [PROPOSED] ORDER
[CR 10-599 WHA]

2